IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| STEVE PASCHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-02799-SHL-tmp |
| ) | |
| MEMPHIS LIGHT, GAS AND WATER ) | |
| DIVISION a/k/a THE LIGHT, GAS AND ) | |
| WATER DIVISION OF THE CITY OF ) | |
| MEMPHIS, TENNESSEE, and the PENSION ) | |
| BOARD OF THE MEMPHIS LIGHT, GAS ) | |
| AND WATER DIVISION RETIREMENT ) | |
| AND PENSION SYSTEM, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING PLAINTIFF STEVE PASCHALL'S MOTION FOR EXTENSION OF, AND RELIEF FROM, THE DEADLINE FOR SUBMISSION OF JOINT PRETRIAL ORDER IN DKT. NO. 71**

Before the Court is Plaintiff Steve Paschall's Motion for Extension of, and Relief From, the Deadline for Submission of Joint Pretrial Order in Dkt. No. 71, filed July 25, 2025. (ECF No. 78.) The Motion is unopposed.

On July 18, 2025, the Court entered an Order Granting in Part Defendants' Motion to Dismiss or, in the Alternative, to Abstain or, in the Alternative, to Amend the Scheduling Order and Stay. (ECF No. 75.) In that Order, the Court stayed the case pending Paschall's appeal of the state court lawsuit involving the same Parties. Given the corresponding cancellation of the pretrial conference and trial (ECF No. 77), Plaintiff asks that the parties be excused from submitting a revised proposed joint pretrial order.

For good cause shown, the Motion is **GRANTED**. In its order staying the case, the Court ordered the Parties to inform the Court of the resolution of the state court matter and file

their respective positions on how that resolution impacts this litigation.  After the Parties have done so, the Court will, if necessary, establish new trial-related deadlines, including for the submission of a proposed joint pre-trial order.

    **IT IS SO ORDERED,** this 28th day of July, 2025.

                                            s/ Sheryl H. Lipman
                                            SHERYL H. LIPMAN
                                            CHIEF UNITED STATES DISTRICT JUDGE